## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

DATE: October 18, 1999

| | |
|---|---|
| JOSEFINA BATISTA, et al.<br>Plaintiffs | CIVIL NO. 97-1593 (DRD) |
| v. | |
| ECHLIN PONCE, INC.<br>Defendants | |

**BY ORDER OF THE COURT**, Pretrial Conference originally scheduled for October 6, 1999 was not held due to the Court's congested calendar on said date.

Hence, the Pretrial Conference is set for **November 15, 1999 at 9:00 A.M.**

_____
COURTROOM DEPUTY

PARTIES NOTIFIED:

Oscar González Badillo, Esq.
Juan Rivera Ramos, Esq.
Enrique Vélez, Esq.
Jorge Salas, Esq.
Pedro Manzano, Esq.