UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JOSEFINA BATISTA, ETC.

v.                                              CASE NUMBER: 97-1593 (DRD)

ECHLIN-PONCE, INC. ETC.

## ORDER

The Court hereby rules as follows:

| Docket No. | Ruling | Title and Date |
|---|---|---|
| 35 | **GRANTED/MOOT** | Motion regarding deposition and summary judgment; July 22, 1999 |
| 36 | **NOTED** | Informative motion; August 3, 1999 |
| 37 | **GRANTED** | Motion requesting extension; August 19, 1999 |
| 42 | **GRANTED** | Motion pursuant to Local Rule 108.1; September 10, 1999 (see below) |
| 44 | **GRANTED** | Request for extension of time; September 23, 1999 |
| 48 | **GRANTED** | Motion requesting authorization and term to file response to reply to opposition to summary judgment; October 1, 1999 |

Regarding **Docket No. 42:**

Plaintiff is granted until Friday, November 12, 1999, to file translations of Exhibits 1 and 2 of "Plaintiff's reply to defendant's motion requesting summary judgment and memorandum of law integrated thereto".

IT IS SO ORDERED.

DATE: November _1_, 1999

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

N \97-1593 MTN

