# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

JOSEFINA BATISTA, ETC.

v.                                                              CASE NUMBER: 97-1593 (DRD)

ECHLIN-PONCE, INC. ETC.

## ORDER

The Court hereby rules as follows:

| Docket No. | Ruling | Title and Date |
|---|---|---|
| 38 | **NOTED** | Motion requesting that Defendant be precluded from presenting expert witness, August 24, 1999 |
| 46 | **NOTED** | Motion to exclude and to compel discovery, September 28, 1999 |

Regarding **Docket Nos. 38 & 46:**

Discovery hearing is set for November _24_, 1999, at _10:00 A.M_

IT IS SO ORDERED.

DATE: November _08_, 1999

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

N:\97-1593 MTN

[Stamp: RECEIVED AND FILED 99 NOV 10 AM 8:53 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, PR]