## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

DATE: November 23, 1999

JOSEFINA BATISTA, et al.

    Plaintiffs

v.

ECHLIN-PONCE, INC.

    Defendant

**CIVIL NO. 97-1593 (DRD)**

**BY ORDER OF THE COURT**, the Settlement Conference scheduled for November 29, 1999 is hereby re-scheduled for **December 3, 1999 at 5:30 P.M.** before Honorable Daniel R. Domínguez.

_____
COURTROOM DEPUTY

PARTIES NOTIFIED:

Oscar González-Badillo, Esq.
Juan Rivera Roman
Enrique Vélez, Esq.
Pedro Manzano, Esq.
Jorge Sala, Esq.

