## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
## BEFORE HONORABLE DANIEL R. DOMINGUEZ

**MINUTES OF PROCEEDINGS**            DATE: December 3, 1999

**CIVIL NO. 97-1593 (DRD)**
LAW CLERK: Karen A. Rivera-Turner

===========================================================================

| | | |
|---|---|---|
| JOSEFINA BATISTA et al | Attorneys: | Enrique Vélez; Oscar Badillo; |
| Plaintiffs | | Juan Rivera Ramos |
| v. | | |
| ECHLIN PONCE, INC. | | Pedro Manzano; Jorge Salas |
| Defendants | | |

===========================================================================

SETTLEMENT CONFERENCE was held today. Plaintiff advised that he made a settlement offer. The Court considered that Plaintiff's offer was too high because the same sounded as a judgment amount rather than a settlement. Defendant had not made a counteroffer but made one in the conference. The Court considered Defendant's offer too low taking into account the potential liability in this case wherein Plaintiff is entitled to back pay plus compensatory damages. Further, pursuant to supplemental jurisdiction, Plaintiff has incorporated a state cause of action which authorizes double damages (backpay plus compensatory damages doubled). The Court sets a final settlement conference for **January 20, 2000, at 4:00 p.m.** The Court shall withhold resolution on the pending motions until after the final settlement conference. Further, the case continues to be stayed until the motion for summary judgment is decided. The Court urges the parties to seriously continue to explore settlement in the instant case.

_____
DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

s/c: Counsel of record
N:\MINUTES\97-1593 MEM