UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
BEFORE HONORABLE DANIEL R. DOMINGUEZ

**MINUTES OF PROCEEDINGS**          DATE: January 20, 2000

**CIVIL NO. 97-1593 (DRD)**
LAW CLERK: Karen A. Rivera-Turner

===========================================================================

| | | |
|---|---|---|
| JOSEFINA BATISTA et al | Attorneys: | Enrique Vélez |
| | | Oscar Badillo |
| Plaintiffs | | Juan Rivera Ramos - not present |
| v. | | |
| ECHLIN PONCE, INC. | | Pedro Manzano |
| | | Jorge Salas |
| Defendants | | |

===========================================================================

FURTHER SETTLEMENT/STATUS CONFERENCE was held today. Parties advised the Court that a settlement has not been reached. The parties informed the Court that they have reached an agreement regarding exclusion of Defendant's expert economic witness. As a result, Docket Nos. 38, 45, 46, 49 and 50 are **MOOT**. Still, even though the parties have waived the issue, the Court disposes as follows:

- Expert witness report must be rendered and served no later than February 29, 2000.

- Cut off for all discovery, including depositions, is March 31, 2000.

**ABSOLUTELY NO EXTENSIONS WILL BE GRANTED.** The parties are forewarned that failure to comply with this schedule may result in the exclusion of testimony.

Jury selection is scheduled for May 2, 2000, at 1:00 p.m.

Trial is scheduled to begin on May 3, 2000, at 9:00 a.m., granting a recess, if proceedings go that long, on May 11, 2000, and reinitiating on May 12, 2000.

The parties must file complete jury instructions no later than April 28, 2000. Instructions must cover all issues on federal law and state law on damages. Parties will also file a short, one-page

statement on what this case is about. Finally, if the parties want specific questions for the voir dire, the parties must filed those on April 28, 2000. A courtesy copy of all these documents should be brought directly to Chambers.

_____
LAW CLERK

s/c: Counsel of record
N:\MINUTES\97-1593B MEM