UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
BEFORE HONORABLE DANIEL R. DOMINGUEZ

**MINUTES OF PROCEEDINGS**                    DATE: May 3, 2000

**CIVIL NO. 97-1593 (DRD)**
LAW CLERK: Karen A. Rivera-Turner

---

| JOSEFINA BATISTA et al | Attorneys: | Enrique Vélez |
| | | Oscar Badillo |
| Plaintiffs | | Juan Rivera Ramos |
| v. | | |
| ECHLIN PONCE, INC. | | Pedro Manzano |
| | | Jorge Salas |
| Defendants | | |

---

MEETING IN CHAMBERS was held today. Parties advised the Court that a settlement still has not been reached. The Court met with counsel for each party separately to discuss the elements of each party's case an obtained a final settlement demand and offer from each side. Unfortunately, a middle ground was not reached and each party rejected the other's final demand/offer. The parties are, however, closer to a reasonable settlement of the case. Still, because settlement has not been reached, the case will continue to trial.

Trial was scheduled to begin tomorrow, May 3, 2000. Notwithstanding, the Court's criminal docket requires that trial be postponed. (The Court is currently in the middle of a two month duration criminal case). Trial is rescheduled to begin with jury selection on August 10, 2000, at 1:30 p.m. Opening statements and commencement of trial are scheduled for August 11, 2000, at 9:00 a.m.

                                                        _____
                                                        LAW CLERK

s/c: Counsel of record
N:\MINUTES\97-1593C.MEM