UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
BEFORE HONORABLE DANIEL R. DOMINGUEZ

**MINUTES OF PROCEEDINGS**                    DATE: June 27, 2000

**CIVIL NO. 97-1593 (DRD)**
LAW CLERK: Karen A. Rivera-Turner

======================================================================

| | | |
|---|---|---|
| JOSEFINA BATISTA et al | Attorneys: | Oscar Badillo |
| Plaintiffs | | Juan Rivera Ramos |
| v. | | |
| ECHLIN PONCE, INC. | | Pedro Manzano |
| Defendant | | Jorge Salas |

======================================================================

FINAL SETTLEMENT CONFERENCE was held today. The Court met with counsel for each party separately to discuss the elements of each party's case an obtained a final settlement demand and offer from each side. Counsels for Plaintiff will communicate Defendant's final offer to their client and advise the Court, no later than Friday, June 30, 2000, whether or not a settlement has been reached. If settlement is reached, settlement documents must be filed no later than June 10, 2000. If settlement is not reached, the case will proceed to trial depending on the resolution of the pending summary judgment motion.

_____
LAW CLERK

s/c: Counsel of record
N:\MINUTES\97-1593D MEM