UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JOSEFINA BATISTA, et al

Plaintiffs

v.                                              CIVIL NO. 97-1593 (DRD)

ECHLIN-PONCE, et al

Defendants

| MOTION | RULING |
|---|---|
| **Date Filed:** 08/08/00 **Docket #** 69<br>[x] **Plffs**　　　　　　[x] **Defts**<br>[ ] **Other**<br><br>**Title:** NOTICE OF VOLUNTARY DISMISSAL | **ORDER**<br><br>**GRANTED.** The Court hereby approves the parties' request for voluntary dismissal of the abovecaptioned Complaint. Dismissal is granted **WITH PREJUDICE BUT WITHOUT IMPOSITION OF COSTS OR ATTORNEYS FEES.** |

DATE: August _10_, 2000

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

N.\97-1593.vol