UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JOSEFINA BATISTA, et al

Plaintiffs

v.                                               CIVIL NO. 97-1593 (DRD)

ECHLIN-PONCE, INC. et al

Defendants

| MOTION | RULING |
|---|---|
| Date Filed: 08/08/00    Docket # 69<br>[X] Plffs    [] Defts<br>[ ] Other<br><br>Title: NOTICE OF VOLUNTARY DISMISSAL | **JUDGMENT**<br><br>The Court having GRANTED on this same date the parties' request for voluntary dismissal of the abovecaptioned Complaint, judgment is hereby entered **dismissing** this action **with prejudice without imposition of costs or attorneys fees.** Pursuant to the parties' stipulation, this judgment is final and unappealable. |

DATE: August 10, 2000

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

Rec'd:          EOD:

By:                    # 71

N:\97-1593 vol